[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 340.]

THE STATE EX REL. HASSAN, APPELLANT, *v.* GENERAL MOTORS CORPORATION ET AL., APPELLEES.

[Cite as *State ex rel. Hassan v. Gen. Motors Corp.*, 1999-Ohio-377.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 98-2020—Submitted February 23, 1999—Decided April 21, 1999.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD08-1063.

————————————

*Shapiro, Kendis & Associates Co., L.P.A.,* and *Rachel B. Jaffy*, for appellant.

*Vorys, Sater, Seymour & Pease L.L.P.* and *Julie M. Larson*, for appellee General Motors Corp.

*Betty D. Montgomery*, Attorney General, and *Virginia Egan Fisher*, Assistant Attorney General, for appellee Industrial Commission.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

————————————